UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

VICTOR WALKER,

Defendant.

**ORDER**

19 Cr. 334 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing of the Defendant previously scheduled for January 3, 2020 will take place on **January 17, 2020 at 4:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Any submissions on behalf of the Defendant are due **December 27, 2019**, and any submission by the Government is due on **January 3, 2020**.

Dated: New York, New York
December 11, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge