UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | **ORDER** |
| VICTOR WALKER, | 19 Cr. 334 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on October 2, 2019;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court; and

WHEREAS upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated: New York, New York
December 23, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge